```
                        3RD DISTRICT COURT
                   SALT LAKE COUNTY, STATE OF UTAH

              ASHLEY BAILEY vs. HORACE MANN INSURANCE COMPANY et al.
 CASE NUMBER 220900828 Contracts
```

CURRENT ASSIGNED JUDGE
        MATTHEW BATES

PARTIES
        Plaintiff - ASHLEY BAILEY
        Represented by: ROBERT GIBBONS

        Defendant - HORACE MANN INSURANCE COMPANY

        Defendant - DOES I-V


ACCOUNT SUMMARY
              Total Revenue Amount Due:         375.00
                          Amount Paid:          375.00
                        Amount Credit:            0.00
                              Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                   Original Amount Due:         375.00
                    Amended Amount Due:         375.00
                          Amount Paid:          375.00
                        Amount Credit:            0.00
                              Balance:            0.00


CASE NOTE


PROCEEDINGS
02-08-2022   Filed: Complaint
02-08-2022   Case filed by efiler
02-08-2022   Fee Account created Total Due: 375.00
02-08-2022   COMPLAINT - NO AMT S Payment Received:  375.00
02-08-2022   Judge MATTHEW BATES assigned.
02-08-2022   Filed: Return of Electronic Notification
02-11-2022   Filed return: Return of Service Summons  Complaint upon WENDY -
             REGISTERED AGENT for
                    Party Served: HORACE MANN INSURANCE COMPANY
                    Service Type: Personal
                    Service Date: February 10, 2022
                       Garnishee:
02-11-2022   Filed: Return of Electronic Notification

03-04-2022 02:09 PM                                              Page 1 of 1